_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEC 2 3 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Joseph Brian Clark

8-25-40                          *

Doc#497068

MCIH Prison

18601 Roxbury Rd Hagerstown Md 21746
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

**v.**

State of Maryland                *

Washington County circuit court

Judge Joseph S. Michael

24 Summit Ave Hagerstown Md 21740
*(Full name and address of respondent)*
**Defendant(s).**

Case No.:_____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

_____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

## II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☐

1. If you answered YES:

a. What was the result? _____

_____

b. Did you appeal? _____

YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: I filed a complaint with the washington county circuit court Judge informed him that violated my reproductive rights He never respond.

## III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On Feburary 1st 2024 I plead guilty to assault 2. Judge Joseph Michael courtordered me not to have a selation or engage with a female partner for 1 year after release from prison. This violates my seproductive rights which is against the law.

IV. Relief
(State briefly what you want the Court to do for you.)

I want the court to order the circuit court to pay me $200,000 dollars for violating my reproductive rights an order the state to dismiss my case for breaking state an federal law an illgol sentence.

SIGNED THIS _9th_ day of _December_ ,_2025_ .

_Joseph Clark_
Signature of Plaintiff

_Joseph Clark_
Printed Name

_18800 Roxbury Rd Hagerstown, Md 21746_
Address

_MCI H prison casemanger or bbits._
Telephone Number

_____
Email Address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Joseph Clark

Doc # 497068 8-25-90

18800 Roxbury Rd

Hagerstown MD 21746

\*

\*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

**v.**

State of Maryland

Washington county Circuit court

Judge Josephis. Michael

24 Summit Ave Hagerstown md 21*746

\*

Case No.:_____
*(Leave blank. To be filled in by Court.)*

*(Full name and address of defendant)*
**Defendant(s).**

## CERTIFICATE OF SERVICE

I hereby certify that on 12-9-2025 , _____,

a copy of US Civil Rights Complaint 1983

was mailed via first class mail, postage prepaid, to US District Court of
Maryland

Signature of Plaintiff

Joseph clark
Printed Name

18800 Roxbury Rd Hagerstown md 21746
Address

_____
Telephone Number

_____
Email Address